Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Eldorado Resorts Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AVRHAM INDIK,<br><br>              Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORP. d/b/a ELDORADO DEVELOPMENT CORP.; and DOES 1-50,<br><br>              Defendants. | Case No.:  2:21-cv-00926-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Avrham Indik ("Plaintiff") and Defendant Eldorado Resorts Corp. d/b/a Eldorado Development Corp. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due June 10, 2021.  The parties request an extension of time up to and including June 21, 2021 in which to respond as Defendant has just been retained in this case.  This is the parties' first request for an extension of time.

. . .

. . .

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 9th day of June, 2021.

DATED this 9th day of June, 2021.

WATKINS & LETOFSKY, LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Michael DiRenzo*

*/s/ Dana B. Salmonson*

Daniel R. Watkins
Nevada Bar No. 11881
Michael A. DiRenzo
Nevada Bar No. 13104
8935 S. Pecos Rd., Ste. 22A
Henderson, NV  89074
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  June 9, 2021

47397598.1

2