Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Eldorado Resorts Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AVRHAM INDIK,<br><br>        Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORP. d/b/a ELDORADO DEVELOPMENT CORP.; and DOES 1-50,<br><br>        Defendants. | Case No.: 2:21-cv-00926-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Avrham Indik ("Plaintiff") and Defendant Eldorado Resorts Corp. d/b/a Eldorado Development Corp. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to file its Reply in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 17.)  Defendant's Reply is currently due August 6, 2021.  The parties request an extension of time up to and including August 18, 2021 in which to respond.  This is the parties' first request for an extension of time.

. . .

. . .

. . .

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 5th day of August, 2021.

DATED this 5th day of August, 2021.

WATKINS & LETOFSKY, LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Michael A. DiRenzo*

*/s/ Dana B. Salmonson*

Daniel R. Watkins
Nevada Bar No. 11881
Michael A. DiRenzo
Nevada Bar No. 13104
8935 S. Pecos Rd., Ste. 22A
Henderson, NV  89074
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this __9__ day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2