Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Eldorado Resorts Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AVRHAM INDIK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORP. d/b/a ELDORADO DEVELOPMENT CORP.; and DOES 1-50,<br><br>　　　　　　　Defendant. | Case No.:  2:21-cv-00926-GMN-EJY<br><br>**NOTICE OF RESOLUTION** |

　　　Defendant Eldorado Resorts Corp., by and through undersigned counsel, hereby gives notice that the above-referenced matter has been resolved.  A stipulated dismissal and any other closing documents will be filed with the Court within thirty (30) days.

　　　DATED this 22nd day of February, 2022.

　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


　　　　　　　　　　　　　　　　　　*/s/ Dana B. Salmonson*
　　　　　　　　　　　　　　　　　　Anthony L. Martin
　　　　　　　　　　　　　　　　　　Nevada Bar No. 8177
　　　　　　　　　　　　　　　　　　Dana B. Salmonson
　　　　　　　　　　　　　　　　　　Nevada Bar No. 11180
　　　　　　　　　　　　　　　　　　10801 W. Charleston Blvd
　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89135
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Eldorado Resorts Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached **NOTICE OF RESOLUTION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel R. Watkins
Michael A. DiRenzo

Pursuant to Fed. R. Civ. P. 5(b), I hereby further certify that service of **NOTICE OF RESOLUTION** was also made by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada to the following:

Daniel R. Watkins
Michael A. DiRenzo
Watkins & Letofsky, LLP
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Attorneys for Plaintiff

DATED this 22nd day of February, 2022.

/s/ *Carol Rojas*
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.