Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Ste. 500
Las Vegas, NV  89135
Telephone:  702-369-6800
Fax:  702-369-6888

*Attorneys for Defendant Eldorado Resorts Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AVRHAM INDIK,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORP. d/b/a<br>ELDORADO DEVELOPMENT CORP.; and<br>DOES 1-50,<br><br>                    Defendant. | Case No.:  2:21-cv-00926-GMN-EJY<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Avrham Indik ("Plaintiff") and

Defendant Eldorado Resorts Corp. ("Defendant"), by and through their respective undersigned

counsel, that all claims Plaintiff had or may have had against Defendant that are contained in,

reasonably related to, or could have been brought in the above-entitled action are hereby dismissed,

with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

Each party is to bear their own fees and costs.

**IT IS SO STIPULATED:**

DATED this 10th day of March, 2022.

WATKINS & LETOFSKY, LLP

/s/ *Michael A. DiRenzo*

Daniel R. Watkins
Nevada Bar No. 11881
Michael A. DiRenzo
Nevada Bar No. 13104
8935 S. Pecos Rd., Ste. 22A
Henderson, NV  89074
*Attorneys for Plaintiff*

DATED this 10th day of March, 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*

Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this __10__ day of March, 2022.

_____

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV  89135
TELEPHONE: 702.369.6800

2